**FILED**

2021 Feb-19  PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

**Northern** District of **Alabama**

2021 FEB 19  A 11: 01

_____ Division

Case No. 4-21-cv-255-RDP-JHE

*(to be filled in by the Clerk's Office)*

La'ZeRRick DeJuan CRaig
_____
*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

ChRistopher A. McLauRin
DeRRick M. Dent
Russell A. Jones
_____

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | La'Zerrick Dejuan Craig |
| All other names by which you have been known: | |
| ID Number | 296766 |
| Current Institution | St. Clair Correctional Facility |
| Address | 1000 St. Clair Rd. |
| | Springville         Al        35146 |
| | *City*         *State*         *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Christopher A. McLaurin |
| Job or Title *(if known)* | Officer |
| Shield Number | |
| Employer | St. Clair Correctional Facility |
| Address | 1000 St. Clair Rd. |
| | Springville         Al        35146 |
| | *City*         *State*         *Zip Code* |

☑ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Russell A. Jones |
| Job or Title *(if known)* | Supervisor |
| Shield Number | |
| Employer | St. Clair Correctional Facility |
| Address | 1000 St. Clair Rd. |
| | Springville         Al        35146 |
| | *City*         *State*         *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                         DERRICK M. Dent

    Job or Title *(if known)*      Supervisor

    Shield Number

    Employer                St. Clair Correctional Facility

    Address                 1000 St. Clair Rd.

                              Springville     Al     35146

                                *City*         *State*     *Zip Code*

                              [✓] Individual capacity    [✓] Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                                  *City*         *State*     *Zip Code*

                                [ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Eighth Amendment of the United States Constitution (Fail to Protect)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attachments on the back*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

St. Clair Correctional Facility
1000 St. Clair Rd.
Springville, Al 35146
Restrictive Housing Unit B-Block 1 side (See Attachments on the back

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.      What date and approximate time did the events giving rise to your claim(s) occur?

Dec 14/2020 on aRe about 4:45 pm

    D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachments on the back

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was stab upon the left side of my body once to the head and once in the jaw. I Receive medical tReatment heRe at St. ClaiR CoRRectional Facility FRom an RN and CNA's in the medical unit and had to go to tReatment FoR 7 days.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like FoR OFFiceR: DeRRick M. Dent and OFFiceR: Russell A. Jones to be Remove oF theyRe Rank as supeRvisoRs FoR ReFusing to Follow the Rules oF ADOC. I also would like FoR OFFiceR: McLauRin to be Remove FRom an ADOC oFFiceR FoR Knowing the Rules oF ADOC and ReFusing to Follow them which is the Reason FoR me getting stab Compensatory damages (500,000,00) Punitive damages (400,000,00)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
St. Clair Correctional Facility
1000 St. Clair Rd.
Springville, Al 35146
Restrictive Housing Unit B-Block 1 side

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

2.    What did you claim in your grievance?

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.     If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

### See Attachments on the back

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

### See Attachments on the back

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _2-9-2021_

Signature of Plaintiff   _La'zerrick Dejuan Craig_

Printed Name of Plaintiff   _La'Zerrick Dejuan Craig_

Prison Identification #   _296766_

Prison Address   _1000 St. Clair Rd._

_Springville_                    _Al_        _35146_
           City                    State        Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
           City                    State        Zip Code

Telephone Number   _____

E-mail Address   _____

LARSBRAO34U. Craig C4676
1000 St. Clair Rd.
Springville, Al 35146

D.

OFFICER: Christopher A. McLaurin on Dec 14/2020 was
working Restrictive Housing Unit B-Block 1 side here
at St. Clair Correctional Facility officer: McLaurin Fail
to follow the Rules of ADOC. "Upon information
and belief" all inmates in Restrictive Housing must
have handcuffs on when leaving his cell at any and
all times.

OFFICER: Derrick M. Dent on Dec 14/2020 was the
supervisor here at St. Clair Correctional Facility in
Restrictive Housing Unit. He told OFFICER: McLaurin to
write a disciplinary on me and change the incident
Report of what Really happen the day of Dec 14/2020
"Upon information and belief" as a Supervisor of ADOC
is suppose to make sure all inmates are safe in a
Restrictive Housing Unit. So officer Dent as well fail to
Follow the Rules of ADOC.

OFFICER: Russell A. Jones was the hearing officer on
Dec 23/2020 for the disciplinary of which I Recieve on
Dec 14/2020 because I was assaulted by another inmate
because of an ADOC officer didn't follow the Rules o
ADOC Restrictive Housing Unit. As well as the other
OFFICERS OFFICER: Jones Refuse to protect me because
he did as the others and refuse to go by the truth. He
also got a statement from me which had my witnesses on i
and I was refuse by officer of getting it back.

Patteric W. Craig #296766
1000 St. Clair Rd.
Springville, Al 35146

F.

1. Because here at St. Clair Correctional Facility inmates are not being allowed any paper work to write anything on the staff here at St. Clair Correctional Facility when officer refuse to follow the Rules of ADOC. When we send statements are even complaints to any supervisor or even the warden of the prison we never hear anything back and nothing ever happen to the officer which refuse to follow ADOC Rules.

2. I sent a copy of my statement of the incident to Warden Boling letting him know that on Dec 14/2020 I was the Block Runner in Restrictive Housing Unit for B-Block 1 side. I was doing my job passing out trays when officer: McLaurin refus to follow the Rules of ADOC which is the Reason I was stab by another who at the time was never suppose to have been out his cell. I also let him know about the supervisor Derrick M. Dent for changeing the incident report to try and cover up for what really happen the day of Dec 14/2020 on are about 4:45 pm at Restrictive Housing Unit B-Block 1 side. I also let him know about LT. Jones going alone with what his officers did when he knew the truth and facts of the incident. But like always here at St. Clair Correctional Facility I haven't heard anything are Recieve any help from any Staff are Warden here at St. Clair Correctional Facility

1000 St. Clair Rd
Springville, Al 35146

Exhibit(A)   Incident: Of Assault on Dec 14/2020 on or About 4:45 pm RHU B-Block 1 side at St. Clair Correctional Facility

My name is La'Zerrick D. Craig B/m 296766. On Dec 14/2020 on or about 4:45pm at RHU B-Block 1 side at St. Clair Correctional Facility. Officer: Christopher A. McLaurin was working our club, he was also conducting showers and feeding as well. "Upon information and belief" that is against St. Clair Correctional Facility Rules. At this time I was the Runner For B-Block 1 side. I begin to do my job and pass out trays to the inmates in B-Block 1 side. Why I had trays in my hand Officer Christopher A. McLaurin Open inmate: Willie Jenkines B/m 193012 door without inmate: Willie Jenkines B/m 193012 being in any hand cuffs. "Upon information and belief" all inmates in RHU must have on hand cuffs before leaving the cell. Inmate: Willie Jenkines B/m 193012 at that time attacked me stabing me 2 times on the left side of my body. once to the head and once to the jaw which I had to seek medical care at St. Clair Correctional Facility For my injury. I also lost my job and Receive a disciplinary For disorderly Conduct. Because Officer: Christopher A. McLaurin Fail to Reply by ADOC Rules.

La'Zerrick D. Craig #296766
1000 St. Clair Rd.
Springville Al, 35146

La'Zerrick Craig #296766

Exhibit(B) Incident: For Disciplinary Hearing for the incident which I inmate: La'Zerrick D. Craig B/m 296766 was attacked but giving a disciplinary for disorderly Conduct

Hearing Date: Dec 23/2020    Time: 15:05

Place: Restrictive Housing Unit Office

Hearing Officer: Russell A. Jones

296766
LaZerrick D. Craig
1000 St. Clair F
Springville Al, 35146

On Dec 23/2020 I inmate: La'Zerrick D. Craig B/m 296766 alone with Officer: Christopher A. McLaurin were sworn in to tell the truth. Once officer: Christopher A. McLaurir gave his testimony Hearing officer: Russell A. Jones stop the hearing to walk me back to my cell which is B-Block 1 side 24 cell to get my statement which he said he was going to make a copy and give it back. When we got back into Restrictive Housing Unit Office he looked over my statement and told other officers that was in there to place me back in my cell. I was brought but out to the Restrictive housing unit Office to find out that Hearing Officer: Russell A. Jones found me guilty of disorderly conduct on which I was attacked and stab also with him knowing that officer: Christopher A. McLaurin testimony wasn't true. On Dec 28/2020 warden: Antonio Mcclain disapproved hearing officer: Russell A. Jones finding me guilty Reason of: inmate Craig never displayed any disorderly conduct inmate Craig was assaulted by another inmate. Hearing Officer: Russell A. Jones never gave me back my copy of my statement because it had witnesses on it that willing to state in an open court that everything I'm saying is true.

La'Zerrick Craig #296766                    Lazerrick D. Craig

Exhibit(C)   Incident: Of Assault on Dec 14/2020 on or about 4:45 pm RHU B-Block 1 side at St. Clair Correctional Facility

On Dec 14/2020 Officer: Derrick M. Dent was the supervisor in RHU here at St. Clair Correctional Facility. "Upon information and belief" as the supervisor Officer Derrick M. Dent is supposed to make sure all his Officer working under him is to follow all rules of ADOC. On Dec 14/2020 I inmate: La'Zerrick D. Craig B/m 296766 was stab because one of his Officers which is Officer: Christopher A. McLaurin fail to reply by ADOC Rules. Officer: Derrick M. Dent at the time told me that I was no longer the runner because I refuse to go alone with the story he put together stated that I was the one going to the shower with handcuffs on and inmate: Willie Jenkines B/m 193012 has his door trick and came out and attacked me I refuse to reply because that statement is not true. I was doing my job as the runner and Officer: Christopher A. McLaurin let inmat: Willie Jenkines B/m 193012 out his cell with no hand cuffs on which cause me to get stab. Officer: Christopher A. McLaurin never try to stop inmate: Willie Jenkines B/m 19301 from attacking me like it was plan.

#296766

La'Zerrick D. Craig
1000 St. Clair Rd.
Springville Al, 35146

Exhibit(D)

Witnesses: For Incident that happen on inmate:
La'Zerrick D. Craig#296766 on Dec 14/2020 on or about
4:45 pm at RHU B-Block 1 side at SCCF.
Witnesses Signature/AIS Number
1. Ferman Williams EL #233075
2. Kevin Pickett #225372
3. Demond Greenwood #179188
4. Anthony Cowart #747846
5. Terrell Morgan 233347

Names of the people willing to state in an open
court that what inmate: La'Zerrick D. Craig #296766 8/h
is stating is the truth about the incident that
happen on Dec 14/2020 on or about 4:45pm at
RHU B-Block 1 side at SCCF.

My commission ends March #2024
Lester A. Murry
State of Alabama
St. Clair County

Terrell Morgan #233347
La'Zerrick Craig #296766
La'Zerrick Craig #296766
1000 St. Clair Rd
Springville, AL 35146

Exhibit (E)

Heathcare At SCCF
To whom this may concern:

My name is La'Zerrick D. Craig #296766 B/M. I
am writing to get a copy of my body chart for
the incident that happen on me on Dec 14/2020.
When I was assaulted and stab by inmate:
Willie Jenkins #193012 B/M in RHU B-Block 1 side
here at SCCF.
Thank you and may God bless!!!

La'zerrick D. Craig #296766
B1-24 cell
1000 St. Clair Rd.
Mr Craig                Springville Al, 35146

I cannot give you a copy of
the body chart or any medical Records from
This Facility - However I can sit down
with you & Let you view your
Records.
Records Viewed 1-5-2021   —
La'zerrick Craig #296766

*Exhibit(F)*

Alabama Department of Corrections

**DISCIPLINARY REPORT**

403A (1-4)

DISC001

**Incident Report Number:** SCCF-20-01714

**1. Inmate:** CRAIG, LAZERRICK DEJUAN          **Custody:** MEDIUM          **AIS:** 00296766

**2. Institution:** ST.CLAIR CORRECTIONAL FAC.          **Disc #:** SCCF-20-01714-2

**3. The above inmate is being charged by:**          MCLAURIN, CHRISTOPHER A

with a violation of the following Rule(s):

506 - Disorderly conduct

From Administrative Regulation #403, which occured on or about:

Dec 14 2020  4:45PM at RHU B-Block 1side

A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**

You inmate Craig was displaying disorderly conduct toward inmates Willie Jenkins

| 12/14/2020 | MCLAURIN, CHRISTOPHER A / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this __14__ day of __December__, 20 __20__, at (time) __8:29__ ( am /(pm)), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| Rosas / CO | |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**     NO: _____     YES: _____
                                 Inmate's Signature                Inmate's Signature

**7. If yes, list:**   AIS: _____   NAME: *Christopher Mclaurin*
                        AIS: _____   NAME: _____
                        AIS: _____   NAME: _____

*LaZerrick D. Craig 296764*
*1000 St. Clair Rd*
*Springville Al, 35146*

00296766 *Exhibit (G)*   B - 24   DISC004

Alabama Department of Corrections

**DISCIPLINARY REPORT**
403A Warden Decision

**Incident Report Number:** SCCF-20-01714

**1. Inmate:** CRAIG, LAZERRICK DEJUAN    **Custody:** MEDIUM    **AIS:** 00296766

**2. Institution:** ST.CLAIR CORRECTIONAL FAC.    **Disc #:** SCCF-20-01714-2

**3. The above inmate is being charged by:** MCLAURIN, CHRISTOPHER A

with a violation of the following Rule(s):

506 - Disorderly conduct

From Administrative Regulation #403, which occured on or about:

Dec 14 2020 4:45PM at RHU B-Block 1side

A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**

You inmate Craig was displaying disorderly conduct toward inmates Willie Jenkins

*296766*
*Lazerrick D. Craig*
*1000 St. Clair Rd*
*Springville Al, 35146*

| | |
|---|---|
| 12/14/2020 | MCLAURIN, CHRISTOPHER A / Officer |
| Date | Arresting Officer Name / Title |

**5. I hereby certify that on this 14th day of December, 2020, at (time) 20:13:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| | |
|---|---|
| ROSAS, RAFAEL A | Inmate Refused to Sign |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**   NO: Inmate Refused to Sign    YES: ____

Inmate's Signature                Inmate's Signature

**7. If yes, list:** N/A

**8. Hearing Date:** December 23, 2020   **Time:** 15:05:00   **Place:** Restrictive Housing Unit Office

**9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

JONES, RUSSELL A
Hearing Officer Name / Title

**11. A finding is made that the inmate is capable of representing himself / herself.**

JONES, RUSSELL A
Hearing Officer Name / Title

**12. Plea:** CRAIG, LAZERRICK DEJUAN / 00296766    **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

On the date of the incident me and Officer Beaman were conducting showers. I went to hand cuff inmate Lazerrick Craig BM/296766to the rear from his cell while Officer Beaman was standing by the showers. I escorted inmate Craig from the top tier to the bottom tier to the showers. At that time inmate Willie Jenkins BM/193012 came out of his cell and ran towards inmate Craig and attacked him. At that time Officer Beaman and I separated both inmates by pushing them away from each other. Myself and Officer Beaman escorted inmate Jenkins back to his cell. I radioed Sergeant Derrick Dent and reported this incident to him. I then escorted inmate Craig to the B&C dorm hallway.

**14. Inmate's testimony:**

See attached statement.

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

JONES, RUSSELL A
Hearing Officer Name / Title

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION SCCF-20-01714-2**
403A Warden Decision

**16. The following witnesses were not called:**

N/A

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

**The hearing Officer finds that:**

The Hearing Officer finds inmate Lazerrick Craig BM/296766 guilty.

**18. Basis for finding of fact:**

Based on the Arresting Officers testimony and the information that was recorded in the incident report SCCF-20-01714 that is dated 12-14-2020, time stamped 7:17pm. (See attached incident report.) That inmate Craig attempted to kick inmate Willie Jenkins BM/190312 through inmate Jenkins tray door while being escorted. The Hearing Officer finds inmate Craig's action to be disorderly conduct.

**19. Hearing Officer's decision:** [ X ] **Guilty**    [ ] **Not Guilty**    [ ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days          **Community Based Institutions Only:**

[ X ] Loss of Canteen privileges for 30 days          [ ] Draw cut to __ (min $25) for __ days

[ X ] Loss of Telephone privileges for 30 days        [ ] Restriction / State Whites for _____ days

[ X ] Loss of Visiting privileges for 30 days          [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                          [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ X ] Disciplinary Seg for 30 days

[ X ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

JONES, RUSSELL A
Hearing Officer Name / Title

**21. Warden's Action - Date:**          12/28/2020

**Approved**          _____

**Disapproved**     Antonio Mcclain  / Based on the arresting officer's testimony, inmate Craig never displayed any disorderly conduct. Inmate Craig was assaulted by another inmate while being escorted to the shower.

**Other (specify)**     _____

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 2ᵞ day of December , 20 2Ø at (time) 8:2Ø ( am (pm) ).

23. _Dennie Attie_ C-O ‹
    Serving Officer Name / Title                    Inmate's Signature / AIS Number

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION SCCF-20-01714-2**
403A Warden Decision

Distribution:      Original to Central Records Division

Copy to:        I & I (If Federal or State law violated)

Inmate Institutional File

Board of Pardons and Parole

Sentencing Judge (if applicable)

Exhibit (E) Affidavit. From Inmate.
Incident: Of Assault on Dec 14/2020 on or about
4:45 pm Restrictive Housing Unit B-Block 1 side at
St. Clair Correctional Facility

ON DECEMBER 14, 2020 Officer: Christopher
A. McLAURIN WAS WORKING OUR Cube, B
1 SiDe. He WAS Conducting Showers And
FEEDiNG TOO. INMATE LAZERRICK D. CRAig
B/m 296766 WAS The Runner At The TTme,
While "CRAiG" WAS PASSiNG OUT TRAYS
OFFICER: Christopher A. McTauein Let INMATE
Willie Jenkins B/m 193012 OUT his Cell With
NO hand cuffs on To Shower. INmate: Willie
Jenkins B/m 193012 At That Time ATTACKED
ANd ASSAulted INmate: LAZERRICK D. CRAig
B/m 296766 with A MAN mADe Knife.
STATEMENT From: KEVIN J Pickett B/m 22537c
Kev Pitt
I DiD observe This statement.
My Commission ends March 4 2022
Peter D Murray
State of Alabama
St. Clair County

FOREVER / USA

FOREVER / USA

NEOPOST
02/16/2021
US POSTAGE $000.51⁰

ZIP 35146
041M11456250

LaZerrick D. Craig #296766
1000 St. Clair Rd.
Springville, Al 35146

SECURITY
This correspondence is forwarded from an Alabama
state Prison. ... evaluated,
and the ... the substance or
content of ...

FEB 19 2021

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk's Office,
United States District Court,
Northern District of Alabama,
Room 140, Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Al 35203-2195